# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Keith Edward Pittman
Juge, Napolitano, Guilbeau
3320 W. Esplanade Ave. N.
Metarie LA 70002

Elizabeth Lynn Finch
Juge, Napolitano
3320 West Esplanade Ave North
Metairie LA 70002

## REHEARING ACTION: July 29, 2015

**Docket Number: 14   01199-WCA**

**ARLINE THERIOT**
**VERSUS**
**FULL SERVICE SYSTEMS CORP.**

**Appealed from Office of Workers' Compensation - # 3 Case No. 13-06395**

**BEFORE JUDGES:**

  **Hon. Sylvia R. Cooks**
  **Hon. Shannon J. Gremillion**
  **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing and request for en banc rehearing filed by **Full Service Systems** have this day

been

  **DENIED.**

cc: Paul Joel Cox, Counsel for the Appellee